AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENJAMIN BREWER,

    Movant,

                                                                JUDGMENT IN A CIVIL CASE

                V.                                    CASE NUMBER:   CV605-123 (CR696-004)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of June 7, 2006, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of the Court and dismissing Movant's instant Section 2255 motion as successive, Judgment of Dismissal is hereby entered.

| | |
|---|---|
| June 7, 2006 | Scott L. Poff |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03